UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENOVO (UNITED STATES) INC. and MOTOROLA MOBILITY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>IPCOM GMBH & CO., KG,<br><br>Defendant. | **Case No. 5:19-cv-1389-EJD**<br><br>**[~~PROPOSED~~] ORDER APPOINTING INTERNATIONAL PROCESS SERVER** |

| | |
|---|---|
| 1 | Pursuant to Fed. R. Civ. P. 4(c)(3) and Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on November 15, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Celeste Ingalls, specializing in international service of process, 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to issue and forward a request to the applicable Central Authority, for service of any and all documents to be served by Plaintiffs in this case in compliance with the Hague Convention. |

IT IS SO ORDERED this __22__ day of May, 2019.

_____
Honorable Edward J. Davila
District Judge, United States District Court