# EXHIBIT E

**IPCom**

IPCom GmbH & Co. KG · Zugspitzstraße 15 · 82049 Pullach

Mr. Andrew Harrison
Chief Executive Officer
The Carphone Warehouse Limited
1 Portal Way
London W3 6RS
United Kingdom

February 20, 2019

### IPCom´s Patent Licence Program in the UK

Dear Mr. Harrison,

We understand that your company is in the business of purchasing, selling, and/or distributing smartphones devices and as such, you may unknowingly be putting your company at serious legal and financial risks by dealing with **unlicensed** products.

The purpose of this letter is to inform you of the intellectual property rights of IPCom GmbH & Co. KG (hereinafter "**IPCom**") on the 3G/4G telecommunication technologies so that your company may take the necessary steps to regularise its position.

### Essential patents and licensing programs guarantee new technologies

IPCom owns patents that are essential to the 3GPP telecommunications standards used in many countries of the world, including the UK. These patents are directed to smartphones manufactured in, imported into, purchased or sold within the UK. By way of example, the High Court and Court of Appeal of England & Wales has held that IPCom's patent EP 1 841 268 is essential to the 3G UMTS standard (2011 EWHC 1470 (Pat) and 2012 EWCA Civ 567).

IPCom has committed to offer licences on a fair, reasonable and non-discriminatory basis in compliance with local and international laws and regulations. IPCom´s licence program has facilitated numerous telecoms industry participants around the world to share the success of wireless communication. The licence programs also provide a return on our present significant investments in these technologies, allowing us to research and develop new innovations that are empowering wireless communication in the future.

IPCom GmbH & Co. KG
Zugspitzstraße 15
82049 Pullach | Germany

T  +49 89 552 77 300
F  +49 89 552 77 305
M  info@ipcom-munich.com
W  www.ipcom-munich.com

Persönlich haftender
Gesellschafter
IPCom Beteiligungs GmbH
Zugspitzstraße 15
82049 Pullach | Germany
Registergericht: AG München
HRA 167303
Geschäftsführer: Bernhard
Frohwitter, Christoph Schoeller

Registergericht: AG München
HRA 93950
USt.Id. Nr. DE286406114

Bankverbindung
HypoVereinsbank München
IBAN: DE 92 700 2027 0066 8503 861
BIC: HYVEDEMMXXX

IPCom

**Scope of licence program**

Please be advised that even if your company does not actually manufacture smartphone devices that utilize the standard essential patents of IPCom, any unauthorized importation, use, offering for sale, or sale of such devices can still constitute an infringement of IPCom's patents under UK law.

We note that your company is presently offering unlicensed devices for sale. For example, as of 20 February 2019, your store and online store offers various Motorola phones for sale, including the Moto e5, Moto C, Moto G6 Play, Moto E5 Play, Moto G5S Plus and Motorola G6 Plus. We enclose, at annex 1, photographs of these offers. We understand that these devices are manufactured by Motorola/Lenovo, an unlicensed manufacturer.

Disposing of or offering to dispose of an unlicensed product which infringes a Patent is contrary to section 60 of the Patents Act (1977).

**Licensing status**

You can establish whether your supplier is licensed in respect of any particular products by contacting it and asking for proof of its license status. As set out above, IPCom is committed to licensing its patents on fair, reasonable and non-discriminatory terms.

If you have any query in relation to the above, please do not hesitate to contact the undersigned. We hope to have your full co-operation in this matter.

Yours faithfully

Pio Suh
Managing Director
suh@ipcom-munich.com
+49 173 2602018

**Motorola-Lenovo**

- Models in store: Moto e5, Moto C, Moto G6 Play, Moto E5 Play





10

Shop
Discover
Help
Search
Stores
Compare
Basket
Filter
Reset
Category
All SIM free phones
Brand Motorola
Any
SAMSUNG
NOKIA
SONY
HUAWEI
HONOR
LG
oppo
Show more
Cost
Any
Screen size
Capacity
Colour
Operating system
Features
5 devices found
Sort by
Recommended
Motorola G6 Play
From
£139.99
Select
Compare
Motorola G6 Plus
Save £60
From
£209.99
Select
Compare
Moto E5
£119.99
Select
Compare
Moto G5S Plus
Save £20
From
£209.99
Select
Moto E5 Play
£84.99
Select



