# EXHIBIT F

**IPCom**

IPCom GmbH & Co. KG · Zugspitzstraße 15 · 82049 Pullach

Mrs. Paula Nickolds
Managing Director
**John Lewis PLC**
171 Victoria Street
London SW1E 5NN
United Kingdom

February 20, 2019

### IPCom´s Patent Licence Program in the UK

Dear Mrs. Nickolds,

We understand that your company is in the business of purchasing, selling, and/or distributing smartphones devices and as such, you may unknowingly be putting your company at serious legal and financial risk by dealing with **unlicensed** products.

The purpose of this letter is to inform you of the intellectual property rights of IPCom GmbH & Co., KG (hereinafter "**IPCom**") on the 3G/4G telecommunication technologies so that your company may take the necessary steps to regularise its position.

### Essential patents and licensing programs guarantee new technologies

IPCom owns patents that are essential to the 3GPP telecommunications standards used in many countries of the world, including the UK. These patents are directed to smartphones manufactured in, imported into, purchased or sold within the UK. By way of example, the High Court and Court of Appeal of England & Wales has held that IPCom's patent EP 1 841 268 is essential to the 3G UMTS standard (2011 EWHC 1470 (Pat) and 2012 EWCA Civ 567).

IPCom has committed to offer licences on a fair, reasonable and non-discriminatory basis in compliance with local and international laws and regulations. IPCom´s licence program has facilitated numerous telecoms industry participants around the world to share the success of wireless communication. The licence programs also provide a return on our present significant investments in these technologies, allowing us to research and develop new innovations that are empowering wireless communication in the future.

**Persönlich haftender Gesellschafter**
IPCom Beteiligungs GmbH
Zugspitzstraße 15
82049 Pullach | Germany
Registergericht: AG München
HRA 167303
Geschäftsführer: Bernhard Frohwitter, Christoph Schoeller

**IPCom GmbH & Co. KG**
Zugspitzstraße 15
82049 Pullach | Germany

T  +49 89 552 77 300
F  +49 89 552 77 305
M  info@ipcom-munich.com
W  www.ipcom-munich.com

Registergericht: AG München
HRA 93950
USt.Id. Nr. DE286406114

**Bankverbindung**
HypoVereinsbank München
IBAN: DE 92 700 2027 0066 8503 861
BIC: HYVEDEMMXXX

IPCom

**Scope of licence program**

Please be advised that even if your company does not actually manufacture smartphone devices that utilize the standard essential patents of IPCom, any unauthorized importation, use, offering for sale, or sale of such devices can still constitute an infringement of IPCom's patents under UK law.

We note that your company is presently offering unlicensed devices for sale. For example, as of 20 February 2019, your store and your online store offers three Motorola phones for sale, including the Motorola One, Moto g6 and Motorola e5. We enclose, at annex 1, photographs of these offers. We understand that these devices are manufactured by Motorola/Lenovo, an unlicensed manufacturer.

Disposing of or offering to dispose of an unlicensed product which infringes a Patent is contrary to section 60 of the Patents Act (1977).

**Licensing status**

You can establish whether your supplier is licensed in respect of any particular products by contacting it and asking for proof of its license status. As set out above, IPCom is committed to licensing its patents on fair, reasonable and non-discriminatory terms.

If you have any query in relation to the above, please do not hesitate to contact the undersigned. We hope to have your full co-operation in this matter.

Yours faithfully

Pio Suh
Managing Director
suh@ipcom-munich.com
+49 173 2602018

**Lenovo – Motorola**

- Models in store: Motorola One and Moto g6:





5

# VIEW ALL MOBILE PHONES (6)

Homepage / Electricals / Mobile Phones & Accessories / View All Mobile Phones

**Applied Filters**
Motorola ✕

Sort by: ▼

**Brand**
- ☑ Motorola (6)
- ☐ Apple (25)
- ☐ Samsung (14)
- ☐ Nokia (11)
- ☐ Huawei (11)
- ☐ Honor (9)
- ☐ Xiaomi (7)
- ☐ Google (4)
- ☐ Doro (4)
- ☐ OnePlus (4)

**Operating System**
- ☐ Android (5)
- ☐ Android iOS (1)

**Shop By Type**
- ☐ Moto E5 (1)
- ☐ Moto E5 Plus (1)
- ☐ Moto G6 (1)
- ☐ Moto G6 Play (1)
- ☐ Motorola E5 Play (1)
- ☐ Motorola One (1)

**Price**
- ☐ £50 - £100 (1)
- ☐ £100 - £150 (3)
- ☐ £150 - £200 (1)
- ☐ £200 - £250 (1)

**Pixels Per Inch**
- ☐ 250 to 299 (1)

---

**Motorola e5 Play Smartphone, Android, 5.34", 4G LTE, SIM Free, 16GB, Black**
£89.95
★★★★★ (6)
☐ Compare

**Motorola One Dual SIM Smartphone, Android, 5.9", 4G LTE, SIM Free, 64GB, Black**
£209.95
★★★★☆ (4)
☐ Compare

**Motorola g6 play SIM Free Smartphone, Android, 5.7", 4G LTE, SIM Free, 32GB**
£129.00
★★★★★ (77)
☐ Compare

**Motorola e5 Smartphone, Android, 5.7", 4G LTE, SIM Free, 16GB, Flash Grey**
£119.99
★★★★★ (1)
☐ Compare

**Motorola e5 plus Smartphone, Android, 5.99", 4G LTE, SIM Free, 16GB, Flash Grey**
£149.95
★★★★★ (5)
☐ Compare

**Motorola g6 Dual SIM Smartphone, Android, 5.7", 4G LTE, SIM Free, 32GB**
£199.99
★★★★☆ (48)
☐ Compare