Exhibit 4
[DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

# Exhibit 5
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

# Exhibit 6
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

Exhibit 7
[DOCUMENT SOUGHT TO
BE SEALED IN ITS
ENTIRETY]

Exhibit 8
[DOCUMENT SOUGHT TO
BE SEALED IN ITS
ENTIRETY]

Exhibit 9
[DOCUMENT SOUGHT TO
BE SEALED IN ITS
ENTIRETY]

# Exhibit 10
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

# Exhibit 11
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

Exhibit 12
[DOCUMENT SOUGHT TO
BE SEALED IN ITS
ENTIRETY]

# Exhibit 13
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

# Exhibit 14
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

# Exhibit 15
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

# Exhibit 16
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

# Exhibit 17
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

# Exhibit 18
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

# Exhibit 19
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

# Exhibit 20
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

# Exhibit 21
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

Exhibit 22
[DOCUMENT SOUGHT TO
BE SEALED IN ITS
ENTIRETY]

# Exhibit 23
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

# Exhibit 24
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

# Exhibit 25
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

# Exhibit 26
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

# Exhibit 27
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]

# Exhibit 28
# [DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY]