# EXHIBIT C

# ORDONNANCE

Nous, *Gilles Buffet, vice-président agissant sur délégation du*
Président du Tribunal de Grande Instance de Paris,

Vu les articles L.615-5 et R.615-2 du Code de la Propriété Intellectuelle,
Vu la requête qui précède et les pièces jointes,

1. Autorisons la société **IPCom Gmbh & Co. KG** à faire procéder par tout huissier de son choix, dans les locaux de la société **Lenovo France** situés au 20 Rue des Deux Gares, 92500 Rueil-Malmaison, ainsi que dans tous autres lieux dépendant de ladite société situés à proximité dans lesquels les opérations révéleraient que des preuves de la contrefaçon alléguée du brevet EP 1 841 268 B2 sont susceptibles d'être détenues, à la description détaillée des caractéristiques et du fonctionnement des appareils désignés ci-après :

   - Les téléphones mobiles de marque "**Motorola**" tels que listés ci-après :
     - modèles de la gamme "**Motorola one**", en particulier les modèles "motorola one", "motorola one zoom", "motorola one action", "motorola one vision" ;
     - modèles de la gamme "**moto z**", en particulier les modèles "moto $z^3$ play", "moto $z^2$ force", "moto $z^2$ play", "moto z", "moto z play", "moto $g^4$ play", "moto x force" ;
     - modèles de la gamme "**moto g**", en particulier les modèles "moto $g^7$ plus", "moto $g^7$", moto $g^7$ power", "moto $g^7$ play", "moto $g^6$", "moto $g^6$ play", "moto $g^{5s}$ plus", "moto $g^{5s}$", "moto $g^5$ plus", "moto $g^5$", "moto $g^4$ play" ;
     - modèles de la gamme "**moto x**", en particulier les modèles "moto $x^4$", "moto x force" ;
     - modèles de la gamme "**moto e**", en particulier les modèles "moto $e^6$ plus", "moto $e^5$ play", "moto $e^5$", "moto $e^4$ plus", "moto $e^4$" ;
     - modèles de la gamme "**moto c**", en particulier les modèles "moto c plus", "moto c" ;

   - Les ordinateurs portables de marque "**Lenovo**" et/ou "**ThinkPad**" et/ou "**Yoga**" tels que listés ci-après :
     - modèles de la gamme "**X**", en particulier les modèles "X1 Carbon (7e gén.)", "X1 Yoga (4e gén.)", "X395", "X390 Yoga", "X390", lorsqu'ils sont équipés d'une carte réseau mobile ;
     - modèles de la gamme "**T**", en particulier les modèles "T590", "T495", "T495s", "T490s", "T490", lorsqu'ils sont équipés d'une carte réseau mobile ;
     - modèles de la gamme "**P**", en particulier les modèles "P53s", "P53", "P43s", "P52s", "P52", lorsqu'ils sont équipés d'une carte réseau mobile ;
     - modèles de la gamme "**L**", en particulier les modèles "L590", "L490", "L480", lorsqu'ils sont équipés d'une carte réseau mobile ;

- Les tablettes numériques de marque **"Lenovo"** et/ou **"ThinkPad"** et/ou **"Yoga"** telles que listées ci-après :
    - modèles de la gamme **"SERIES P & M"**, en particulier les modèles "Yoga Smart Tab avec l'assistant Google", "Tab M10", "Tab E10", "Tab M10 (HD)", "Tab P10", lorsqu'ils sont équipés de la connectivité aux réseaux mobiles ;
    - modèles de la gamme **"SERIE YOGA"**, en particulier les modèles "Yoga Book C930", "Yoga C630 WOS", lorsqu'ils sont équipés de la connectivité aux réseaux mobiles.

2. Autorisons l'huissier instrumentaire à procéder ou faire procéder, pour les besoins de la description des caractéristiques et du fonctionnement des téléphones mobiles, des ordinateurs portables et des tablettes numériques argués de contrefaçon, à toutes opérations nécessaires à cet effet, et notamment au chargement de leur batterie, à l'insertion dans chacun d'eux d'une carte SIM avec abonnement prépayé préalablement achetée par ses soins auprès d'un opérateur de télécommunication mobile français et conservée dans son emballage fermé jusqu'au début de ses opérations, et à leur mise en marche ;

3. Autorisons la requérante à faire procéder par le même huissier dans les lieux susvisés à la saisie réelle, en offrant d'en payer le prix au tarif normal, de deux exemplaires de chaque modèle de téléphone mobile, d'ordinateur portable et de tablette numérique argué de contrefaçon, avec leurs accessoires et emballages, pour être remis par l'huissier sous scellés à la requérante ou à tel laboratoire que celle-ci lui désignera aux fins d'analyses techniques ; autorisons l'ouverture ultérieure des scellés par l'huissier instrumentaire aux fins desdites analyses techniques ;

4. Autorisons l'huissier instrumentaire à effectuer dans les lieux susvisés toutes recherches et constatations utiles afin de découvrir la preuve, l'origine, la consistance et l'étendue de la contrefaçon alléguée, et ce même en l'absence des téléphones mobiles, des ordinateurs portables et des tablettes numériques argués de contrefaçon sur les lieux de la saisie, y compris à ouvrir ou faire ouvrir par un serrurier toutes portes de locaux, de meubles meublants ou de véhicules se trouvant sur place, à présenter aux personnes présentes sur les lieux de la saisie l'une quelconque des pièces visées à l'appui de la requête, à consigner les déclarations des répondants et toutes paroles prononcées au cours des opérations, mais en s'abstenant de toute interpellation autre que celles strictement nécessaires à l'accomplissement de sa mission ;

5. Autorisons l'huissier instrumentaire à décrire, copier ou reproduire tous documents ou informations tels que pièces de comptabilité, factures, bons de commande, bons de livraison, listings de commandes, d'achats, de vente ou de livraison, lettres et correspondances, ainsi que tous livres, papiers, prospectus, brochures, catalogues, notices, tarifs, plans, dessins, notices d'utilisation, documentations et spécifications techniques, pouvant établir la preuve, l'origine, la consistance et/ou l'étendue de la contrefaçon alléguée, et ce même en l'absence des téléphones mobiles, des ordinateurs portables et des tablettes numériques argués de contrefaçon sur les lieux de la saisie; l'autorisons à utiliser, pour les besoins des opérations de reproduction de documents, tout appareil de photocopie se trouvant sur les lieux de la saisie, moyennant le paiement de ces photocopies à leur coût normal ; l'autorisons, en l'absence d'appareil de photocopie sur place, à emporter ces documents en son étude, charge à lui de les restituer au saisi une fois les opérations de reproduction terminées ;

6.  Autorisons l'huissier instrumentaire à prendre ou faire prendre des clichés photographiques ou prises de vues vidéo ou numériques des téléphones mobiles, des ordinateurs portables et des tablettes numériques argués de contrefaçon, de leurs notices d'utilisation et de leurs emballages et, même en l'absence de téléphones mobiles, d'ordinateurs portables et de tablettes numériques argués de contrefaçon sur les lieux de la saisie, de tous documents ou informations s'y rapportant tels qu'énumérés ci-dessus ; disons que les tirages ou supports vidéographiques ou électroniques destinés à être joints à la copie du procès-verbal de saisie qui sera remise au saisi pourront ne lui être adressés qu'après la clôture des opérations de saisie, dans un délai de 2 jours ouvrés ;

7.  Autorisons l'huissier instrumentaire à procéder ou à faire procéder à une édition sur papier, et/ou à une copie sur tout support électronique approprié (notamment clé USB, CD, DVD, disque dur), de tous documents ou informations tels qu'énumérés ci-dessus pouvant établir la preuve, l'origine, la consistance et/ou l'étendue de la contrefaçon alléguée, et qui seraient conservés sur un support autre que le papier, notamment sur microfilm ou sur tout support électronique, y compris les disques durs d'ordinateurs, serveurs informatiques et autres appareils de stockage de données se trouvant sur les lieux de la saisie ou accessibles à distance depuis les lieux de la saisie ; autorisons à cet effet l'huissier instrumentaire à procéder ou à faire procéder par les experts et/ou les techniciens informatiques qui l'assisteront, à toutes investigations et recherches, notamment par mots clés correspondant aux dénominations, marques et références des téléphones mobiles, des ordinateurs portables et des tablettes numériques argués de contrefaçon et aux références de la norme en cause (3G, UMTS, WCDMA), sur tous systèmes informatiques, ordinateurs, serveurs informatiques et autres appareils de stockage de données se trouvant sur les lieux de la saisie ou accessibles à distance depuis les lieux de la saisie ;

8.  Autorisons l'huissier instrumentaire à procéder à la saisie réelle en trois exemplaires de tous prospectus, brochures, catalogues, notices, tarifs, plans, dessins, notices d'utilisation, documentations et spécifications techniques se rapportant aux téléphones mobiles, aux ordinateurs portables et aux tablettes numériques argués de contrefaçon, et ce même en l'absence de ces derniers sur les lieux de la saisie ; disons que les exemplaires des documents saisis seront remis à la requérante après apposition du cachet de l'huissier ;

9.  Ordonnons le placement sous séquestre provisoire entre les mains de l'huissier instrumentaire, dans les conditions prévues à l'article R.153-1 du Code de commerce, de tous documents ou informations copiés ou saisis dont la partie saisie déclarerait à l'huissier qu'il contient un secret des affaires, à l'exception des informations permettant l'identification des personnes impliquées dans la fourniture, l'importation, le stockage, le transport, la distribution ou l'exportation des téléphones mobiles, des ordinateurs portables et des tablettes numériques argués de contrefaçon ; rappelons que conformément à l'article susvisé : "*Si le juge n'est pas saisi d'une demande de modification ou de rétractation de son ordonnance en application de l'article 497 du code de procédure civile dans un délai d'un mois à compter de la signification de la décision, la mesure de séquestre provisoire mentionnée à l'alinéa précédent est levée et les pièces sont transmises au requérant*" ;

10. Autorisons l'huissier instrumentaire à viser et parapher *ne varietur* les livres comptables, registres, carnets de commande, lettres, factures, contrats, et en général tous documents commerciaux ou comptables relatifs aux téléphones mobiles, aux ordinateurs portables et aux tablettes numériques contrefaisants argués de contrefaçon, même en l'absence de ces derniers sur les lieux de la saisie ;

11. Autorisons l'huissier instrumentaire à se faire assister, pour l'ensemble des opérations relevant de sa mission, par un expert choisi par la requérante en dehors de ses salariés et dirigeants, dont il enregistrera les explications sur les points qui échappent à sa compétence, en distinguant, dans les énonciations de son procès-verbal, celles résultant de ses constatations personnelles et celles qui lui seront dictées par l'expert qui l'assistera ;

12. Autorisons l'huissier instrumentaire à se faire assister, pour l'ensemble de ses opérations, par un serrurier, par un photographe et par un technicien informatique, à l'exclusion de tout dirigeant ou salarié de la requérante ;

13. Autorisons l'huissier instrumentaire à requérir l'assistance et se faire accompagner de tout représentant de la force publique territorialement compétent ;

14. Disons que les opérations de saisie-contrefaçon pourront se poursuivre après l'heure de fermeture des locaux et pourront le cas échéant être suspendues pour se poursuivre le lendemain ;

15. Disons qu'il sera procédé aux opérations de saisie-contrefaçon dans les deux mois qui suivront Notre ordonnance ;

16. Disons qu'en cas de difficultés, il Nous en sera référé conformément aux articles 496 et 497 du Code de procédure civile, mais seulement après accomplissement des opérations de saisie-contrefaçon et apposition des visas.

Fait en Notre cabinet, au Tribunal de Grande Instance de Paris,

le 15/01/2019



Subscribe to DeepL Pro to edit this document.
Visit www.DeepL.com/Pro for more information.

## ORDER
ORDER



We, ->.L L.=.....:"--' L-<=--= y+,...;------,,...;;--+---.......'"V_;...::...,,,._----1-r'-'----1....,:0-q;,,,,{...., dùq-'f'\r..."'·.
President of the Tribunal derande Instance de Paris,

Considering Articles L. 615-5 and R. 615-2 of the Intellectual Property Code, Considering the above request and the attachments,

1. Authorize **IPCom Gmbh** & Co **KG to** have any bailiff of its choice proceed at Lenovo **France's** premises at 20 Rue des Deux Gares, 92500 Rueil Malmaison, as well as at any other location under the control of said company in the vicinity where the transactions would reveal that evidence of the alleged infringement of the EP 1 841 patent
268 B2 are likely to be held, a detailed description of the characteristics and operation of the devices described below:

   • **Motorola"** brand mobile phones **as** listed below:

     models in the **"Motorola one"** range**, in** particular the "motorola one", "motorola one zoom", "motorola one action", "motorola one vision" models;

     models in the **"moto z"** range**, in** particular the models "moto z3 play", "moto $^{z2}$ force", "moto z2 play", "moto z", "moto z play", "moto $^o$ g4 play", "moto x force";

     models in the **"moto g"** range**, in** particular the "moto g7 plus", "moto $^{g7}$,$^{motog7}$power", "moto g7 play" modelsmotorcycle g6", "motorcycle g6 play", "motorcycle gsplus", "motorcycle gssn, motorcycle gs plus", "motorcycle gs plus", "motorcycle gs", "motorcycle g4 play";

     models in the **"moto x"** range**, in** particular the "moto x4", "moto x $_{force}$ " models;

     models in the **"moto e"** range**, in** particular the models "moto e6 plus", "moto es play", "moto es", "moto e4 plus", "moto e4";

     models in the **"moto c"** range**, in** particular the "moto c plus" and "moto c" models;

   • **Lenovo"** and/or **"**ThinkPad" and/or "**Yoga"** brand laptops as listed **below:**

     models of the **"X"** range**, in particular** the "XI Carbon (7th Gen.)", "XI Yoga (4th Gen.)", "X395", "X390 Yoga", "X390" models, when equipped with a mobile network card;

     models of the **"T"** range**, in** particular models "T590", "T495", "T495s", "T490s", "T490s", "T490", when equipped with a mobile network card;

     models of the **"P"** range**, in** particular models "P53s", "P53s", "P43s", "P52s", "P52", when equipped with a mobile network card;

     models of the **"L"** range**, in particular** models "L590", "L490", "L480", when equipped with a mobile network card;

. 2 .

- **The "Lenovo"** and/or **"ThinkPad"** and/or **"Yoga"** digital tablets as **listed below**:

    models of the **"SERIES P & M"** range**, in particular** the "Yoga Smart Tab with Google Assistant", "Tab MIO", "Tab EIO", "Tab MIO (HD)", "Tab PIO" models, when equipped with mobile network connectivity;

    models from the **"YOGA SERIES"** range**, in** particular the "Yoga Book C930", "Yoga C630 WOS" models, when equipped with connectivity to mobile networks.

2. Authorize the instrumental bailiff to carry out or have carried out, for the purpose of describing the characteristics and functioning of mobile phones, laptops and digital tablets claimed to be counterfeit, all operations necessary for this purpose, and in particular the charging of their batteries, the charging of their batteries and the charging of their batteries.insertion in each of them of a SIM card with a prepaid subscription previously purchased by it from a French mobile telecommunications operator and kept in its closed packaging until the beginning of its operations, and until they are put into operation;

3. Authorise the applicant to have the same bailiff carry out the actual seizure, by offering to pay the price at the normal rate, of two copies of each model of mobile telephone, laptop computer and digital tablet alleged to be counterfeit, with their accessories and packaging, to be delivered by thebailiff under seal to the applicant or to such laboratory as the latter may designate for the purpose of technical analyses; we authorize the subsequent opening of the seals by the bailiff for the purposes of such technical analyses;

4. Let us authorize the instrumental bailiff to carry out in the above-mentioned places all useful research and observations in order to discover the proof, the origin, the consistency and the extent of the alleged counterfeiting, and this even in the case ofabsence of mobile phones, laptops and digital tablets alleged to be counterfeit at the scene of the seizure, including opening or having opened by a locksmith any doors of premises, furniture or vehicles on the premises, to present to the persons present at the scene of the seizure theany of the documents referred to in support of the request, to record the statements of the respondents and any words spoken during the operations, but refraining from any questioning other than those strictly necessary for the performance of its mission;

5. Authorize the instrumental bailiff to describe, copy or reproduce any documents or information such as accounting documents, invoices, purchase orders, delivery notes, order lists, order lists, etc.purchases, sales or delivery, letters and correspondence, as well as all books, papers, leaflets, brochures, catalogues, manuals, tariffs, plans, drawings, instructions for use, documentation and technical specifications, which can establish the proof, origin, consistency and/or extent of the alleged infringement, even in the form ofabsence of mobile phones, laptops and digital tablets alleged to be counterfeit at the place of seizure; the authorization to use, for the purpose of document reproduction operations, any photocopying equipment at the place of seizure, subject to payment of such photocopies at their normal cost; the authorization, in the absence of on-site photocopying equipment, to take such documents under its consideration, shall require it to return them to the seized premises once the reproduction operations have been completed;

. 3 .

6. Authorize the bailiff to take or have taken photographic, video or digital photographs or photographs of mobile phones, laptops and digital tablets claimed to be counterfeit, their instructions for use and packaging and, even in the absence of mobile phones, of laptop computers and digital tablets alleged to be counterfeit at the place of seizure, of any documents or information relating thereto as listed above; let us say that the prints or video or electronic media intended to be attached to the copy of the seizure report to be given to the seized person may only be sent to him after the seizure operations have been completed, within a period of 2 working days;

7. Authorize the instrumental bailiff to proceed or have proceeded with a paper edition, and/or a copy on any appropriate electronic medium (in particular USB key, CD, DVD, hard disk), of any documents or information as listed above that may establish the proof, origin, consistency and/or the extent of the alleged infringement, and which would be stored on a medium other than paper, including microfilm or any electronic medium, including computer hard disks, computer servers and other data storage devices located at the premises of the seizure or remotely accessible from the premises of the seizure; authorize the instrumental bailiff to carry out or have carried out by the experts and/or computer technicians who will assist him, all investigations and searches, in particular by keywords corresponding to the names, trademarks and references of mobile phones, laptops and digital tablets alleged to be counterfeit and the references of the standard in question (3G, UMTS, WCDMA), on all computer systems, computers, computer servers and other data storage devices located at the site of the seizure or accessible remotely from the site of the seizure;

8. Let us authorize the instrumental bailiff to proceed with the actual seizure in triplicate of all prospectuses, brochures, catalogues, notices, tariffs, plans, drawings, operating instructions, documentation and technical specifications relating to mobile phones, laptops and digital tablets alleged to be counterfeit, even in the absence of the latter at the place of seizure; let us say that the copies of the seized documents will be given to the applicant after the bailiff's stamp;

9. Let us order the placement under provisional escrow in the hands of the instrumental bailiff, under the conditions provided for in Article R. 153-1 of the French Commercial Code, of any documents or information copied or seized which the distrained party declares to the bailiff that it contains a business secret, with the exception of information allowing the identification of persons involved in the supply, import, storage, transport, distribution or export of mobile phones, laptops and digital tablets alleged to be counterfeit; let us recall that in accordance with the aforementioned article: *"If the judge does not receive an application to amend or revoke his order pursuant to Article 497 of the Code of Civil Procedure within one month of notification of the decision, the provisional sequestration measure referred to in the previous paragraph shall be lifted and the documents shall be forwarded to the applicant";*

. 4 .

10. Authorize the bailiff to endorse and initial *the* accounting books, registers, order books, letters, invoices, contracts, and in general all commercial or accounting documents relating to counterfeit mobile phones, laptops and digital tablets allegedly infringing, even in the absence of the latter at the scene of the seizure;

11. Let us authorize the instrumental bailiff to be assisted, for all the operations relating to his mission, by an expert chosen by the applicant outside his employees and managers, whose explanations on the points which escape his competence, by distinguishing, in the statements in his minutes, those resulting from his personal observations and those which will be dictated to him by the expert who will assist him;

12. Let us authorize the instrumental bailiff to be assisted, for all his operations, by a locksmith, a photographer and a computer technician, to the exclusion of any manager or employee of the applicant;

13. Authorize the instrumental bailiff to request assistance and be accompanied by any representative of the public force territorially competent;

14. Let us say that counterfeiting seizure operations may continue after the closing time of the premises and may, if necessary, be suspended to continue the next day;

15. Let us say that the counterfeiting seizure operations will be carried out within two months following Our order;

16. Let us say that in the event of difficulties, it will be referred to Us in accordance with articles 496 and 497 of the Code of Civil Procedure, but only after completion of the seizure operations for counterfeiting and affixing of visas.

Done at Our firm, at the Tribunal de Grande Instance de Paris,

on 15/01/2019

