# EXHIBIT D

# ORDONNANCE

Nous, *Gilles Buffet, vice-président, agissant sur délégation du* Président du Tribunal de Grande Instance de Paris,

Vu les articles L.615-5 et R.615-2 du Code de la Propriété Intellectuelle,
Vu la requête qui précède et les pièces jointes,

1. Autorisons la société **IPCom Gmbh & Co. KG** à faire procéder par tout huissier de son choix, dans les locaux de la société **Motorola Mobility France** situés au 20 Rue des Deux Gares, 92500 Rueil-Malmaison, ainsi que dans tous autres lieux dépendant de ladite société situés à proximité dans lesquels les opérations révéleraient que des preuves de la contrefaçon alléguée du brevet EP 1 841 268 B2 sont susceptibles d'être détenues, à la description détaillée des caractéristiques et du fonctionnement des téléphones mobiles de marque "**Motorola**", y compris notamment :

   - les modèles de la gamme "**Motorola one**", en particulier les modèles "motorola one", "motorola one zoom", "motorola one action", "motorola one vision" ;
   - les modèles de la gamme "**moto z**", en particulier les modèles "moto $z^3$ play", "moto $z^2$ force", "moto $z^2$ play", "moto z", "moto z play", "moto $g^4$ play", "moto x force" ;
   - les modèles de la gamme "**moto g**", en particulier les modèles "moto $g^7$ plus", "moto $g^7$", moto $g^7$ power", "moto $g^7$ play", "moto $g^6$", "moto $g^6$ play", "moto $g^{5s}$ plus", "moto $g^{5s}$", "moto $g^5$ plus", "moto $g^5$", "moto $g^4$ play" ;
   - les modèles de la gamme "**moto x**", en particulier les modèles "moto $x^4$", "moto x force" ;
   - les modèles de la gamme "**moto e**", en particulier les modèles "moto $e^6$ plus", "moto $e^5$ play", "moto $e^5$", "moto $e^4$ plus", "moto $e^4$" ;
   - les modèles de la gamme "**moto c**", en particulier les modèles "moto c plus", "moto c".

2. Autorisons l'huissier instrumentaire à procéder ou faire procéder, pour les besoins de la description des caractéristiques et du fonctionnement des téléphones mobiles argués de contrefaçon, à toutes opérations nécessaires à cet effet, et notamment au chargement de leur batterie, à l'insertion dans chacun d'eux d'une carte SIM avec abonnement prépayé préalablement achetée par ses soins auprès d'un opérateur de télécommunication mobile français et conservée dans son emballage fermé jusqu'au début de ses opérations, et à leur mise en marche ;

3. Autorisons la requérante à faire procéder par le même huissier dans les lieux susvisés à la saisie réelle, en offrant d'en payer le prix au tarif normal, de deux exemplaires de chaque modèle de téléphone mobile argué de contrefaçon avec leurs accessoires et emballages, pour être remis par l'huissier sous scellés à la requérante ou à tel laboratoire que celle-ci lui désignera aux fins d'analyses techniques ; autorisons l'ouverture ultérieure des scellés par l'huissier instrumentaire aux fins desdites analyses techniques ;

4. Autorisons l'huissier instrumentaire à effectuer dans les lieux susvisés toutes recherches et constatations utiles afin de découvrir la preuve, l'origine, la consistance et l'étendue de la contrefaçon alléguée, et ce même en l'absence des téléphones mobiles argués de contrefaçon sur les lieux de la saisie, y compris à ouvrir ou faire ouvrir par un serrurier toutes portes de locaux, de meubles meublants ou de véhicules se trouvant sur place, à présenter aux personnes présentes sur les lieux de la saisie l'une quelconque des pièces visées à l'appui de la requête, à consigner les déclarations des répondants et toutes paroles prononcées au cours des opérations, mais en s'abstenant de toute interpellation autre que celles strictement nécessaires à l'accomplissement de sa mission ;

5. Autorisons l'huissier instrumentaire à décrire, copier ou reproduire tous documents ou informations tels que pièces de comptabilité, factures, bons de commande, bons de livraison, listings de commandes, d'achats, de vente ou de livraison, lettres et correspondances, ainsi que tous livres, papiers, prospectus, brochures, catalogues, notices, tarifs, plans, dessins, notices d'utilisation, documentations et spécifications techniques, pouvant établir la preuve, l'origine, la consistance et/ou l'étendue de la contrefaçon alléguée, et ce même en l'absence des téléphones mobiles argués de contrefaçon sur les lieux de la saisie; l'autorisons à utiliser, pour les besoins des opérations de reproduction de documents, tout appareil de photocopie se trouvant sur les lieux de la saisie, moyennant le paiement de ces photocopies à leur coût normal ; l'autorisons, en l'absence d'appareil de photocopie sur place, à emporter ces documents en son étude, charge à lui de les restituer au saisi une fois les opérations de reproduction terminées ;

6. Autorisons l'huissier instrumentaire à prendre ou faire prendre des clichés photographiques ou prises de vues vidéo ou numériques des téléphones mobiles argués de contrefaçon, de leurs notices d'utilisation et de leurs emballages et, même en l'absence de téléphones mobiles argués de contrefaçon sur les lieux de la saisie, de tous documents ou informations s'y rapportant tels qu'énumérés ci-dessus ; disons que les tirages ou supports vidéographiques ou électroniques destinés à être joints à la copie du procès-verbal de saisie qui sera remise au saisi pourront ne lui être adressés qu'après la clôture des opérations de saisie, dans un délai de 2 jours ouvrés ;

7. Autorisons l'huissier instrumentaire à procéder ou à faire procéder à une édition sur papier, et/ou à une copie sur tout support électronique approprié (notamment clé USB, CD, DVD, disque dur), de tous documents ou informations tels qu'énumérés ci-dessus pouvant établir la preuve, l'origine, la consistance et/ou l'étendue de la contrefaçon alléguée, et qui seraient conservés sur un support autre que le papier, notamment sur microfilm ou sur tout support électronique, y compris les disques durs d'ordinateurs, serveurs informatiques et autres appareils de stockage de données se trouvant sur les lieux de la saisie ou accessibles à distance depuis les lieux de la saisie ; autorisons à cet effet l'huissier instrumentaire à procéder ou à faire procéder par les experts et/ou les techniciens informatiques qui l'assisteront, à toutes investigations et recherches, notamment par mots clés correspondant aux dénominations, marques et références des téléphones mobiles argués de contrefaçon et aux références de la norme en cause (3G, UMTS, WCDMA), sur tous systèmes informatiques, ordinateurs, serveurs informatiques et autres appareils de stockage de données se trouvant sur les lieux de la saisie ou accessibles à distance depuis les lieux de la saisie ;

. 3 .

8. Autorisons l'huissier instrumentaire à procéder à la saisie réelle en trois exemplaires de tous prospectus, brochures, catalogues, notices, tarifs, plans, dessins, notices d'utilisation, documentations et spécifications techniques se rapportant aux téléphones mobiles argués de contrefaçon, et ce même en l'absence de ces derniers sur les lieux de la saisie ; disons que les exemplaires des documents saisis seront remis à la requérante après apposition du cachet de l'huissier ;

9. Ordonnons le placement sous séquestre provisoire entre les mains de l'huissier instrumentaire, dans les conditions prévues à l'article R.153-1 du Code de commerce, de tous documents ou informations copiés ou saisis dont la partie saisie déclarerait à l'huissier qu'il contient un secret des affaires, à l'exception des informations permettant l'identification des personnes impliquées dans la fourniture, l'importation, le stockage, le transport, la distribution ou l'exportation des téléphones mobiles argués de contrefaçon ; rappelons que conformément à l'article susvisé : "*Si le juge n'est pas saisi d'une demande de modification ou de rétractation de son ordonnance en application de l'article 497 du code de procédure civile dans un délai d'un mois à compter de la signification de la décision, la mesure de séquestre provisoire mentionnée à l'alinéa précédent est levée et les pièces sont transmises au requérant*" ;

10. Autorisons l'huissier instrumentaire à viser et parapher *ne varietur* les livres comptables, registres, carnets de commande, lettres, factures, contrats, et en général tous documents commerciaux ou comptables relatifs aux téléphones mobiles argués de contrefaçon, même en l'absence de ces derniers sur les lieux de la saisie ;

11. Autorisons l'huissier instrumentaire à se faire assister, pour l'ensemble des opérations relevant de sa mission, par un expert choisi par la requérante en dehors de ses salariés et dirigeants, dont il enregistrera les explications sur les points qui échappent à sa compétence, en distinguant, dans les énonciations de son procès-verbal, celles résultant de ses constatations personnelles et celles qui lui seront dictées par l'expert qui l'assistera ;

12. Autorisons l'huissier instrumentaire à se faire assister, pour l'ensemble de ses opérations, par un serrurier, par un photographe et par un technicien informatique, à l'exclusion de tout dirigeant ou salarié de la requérante ;

13. Autorisons l'huissier instrumentaire à requérir l'assistance et se faire accompagner de tout représentant de la force publique territorialement compétent ;

14. Disons que les opérations de saisie-contrefaçon pourront se poursuivre après l'heure de fermeture des locaux et pourront le cas échéant être suspendues pour se poursuivre le lendemain ;

. 4 .

15. Disons qu'il sera procédé aux opérations de saisie-contrefaçon dans les deux mois qui suivront Notre ordonnance ;

16. Disons qu'en cas de difficultés, il Nous en sera référé conformément aux articles 496 et 497 du Code de procédure civile, mais seulement après accomplissement des opérations de saisie-contrefaçon et apposition des visas.

Fait en Notre cabinet, au Tribunal de Grande Instance de Paris,

le 15/10/2019

