1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   MARTIN R. BADER, Cal. Bar No. 222865
3  mbader@sheppardmullin.com
   MATTHEW W. HOLDER, Cal Bar No. 217619
4  mholder@sheppardmullin.com
   MICHAEL K. HEINS. (*pro hac vice* pending)
5  mheins@sheppardmullin.com
   MICHAEL J. HOPKINS Cal Bar No. 326621
6  mhopkins@sheppardmullin.com
   12275 El Camino Real, Suite 200
7  San Diego, California 92130
   Telephone:858.720.8900
8  Facsimile:858.509.3691

9  LAI L. YIP, Cal. Bar No. 258029
   lyip@sheppardmullin.com
10 TENAYA RODEWALD Cal. Bar No. 248563
   trodewald@sheppardmullin.com
11 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111
12 Telephone:415.434.9100
   Facsimile:415.434.3947

13

14 *Attorneys for Plaintiffs*

15                 UNITED STATES DISTRICT COURT

16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18 LENOVO (UNITED STATES) INC. and          Case No. 19-cv-01389-EJD
   MOTOROLA MOBILITY, LLC,
19                                           **NOTICE OF *PARTIAL* WITHDRAWAL
                                             OF PLAINTIFFS' MOTION FOR ANTI-
20                                           SUIT INJUNCTION (DKT. 40) ONLY AS
              *Plaintiffs,*                  TO FRENCH PROCEEDINGS
21                                           REGARDING EUROPEAN PATENT NO.
        v.                                   1,841,268 B2; AND REQUEST FOR
22                                           SAME**
   IPCOM GMBH & CO., KG,
23                                           Hearing Date:  November 14, 2019
              *Defendant.*                   Time:  9:00 a.m.
24                                           Place: Courtroom 1
                                             Judge: Hon. Edward J. Davila
25

26                                           Complaint Filed: March 14, 2019
                                             Trial Date: TBD
27

28
                                                      Case No. 19-cv-01389-EJD

1    Plaintiffs Lenovo (United States) Inc. and Motorola Mobility, LLC ("Plaintiffs") file this

2  Notice of *Partial* Withdrawal in response to an order that resulted from "emergency" proceedings

3  initiated in France just over two weeks ago by Defendant IPCom GmbH & Co., KG ("IPCom").

4    On October 24, 2019—over seven months after Plaintiffs filed the Complaint in this

5  action—IPCom initiated an "emergency" *ex parte* proceeding in France seeking an order forcing

6  Plaintiffs to withdraw their Motion for Anti-Suit Injunction filed in this Court (Dkt. 40) (the

7  "Motion").  (*See* Dkt. 48 at 2.)  The hearing on IPCom's "emergency" proceeding was held on

8  November 6, 2019 and today, November 8, 2019, the French court issued its ruling (the "French

9  Order").  (Bader Decl., Ex. 1 at 14.)  The French Order requires Plaintiffs to withdraw their Motion

10  "in so far as it relates directly or indirectly to any legal proceedings initiated or likely to be initiated

11  by IPCom GmbH & Co. KG before the French courts having jurisdiction in respect of alleged acts

12  of infringement of the French part of the European patent EP 1 841 268 B2."  (*Id.*)  IPCom has yet

13  to properly serve Plaintiffs with respect to the French proceedings.  As a result, the French Order,

14  although ordering certain conduct from Plaintiffs, is not "binding and enforceable against" them.

15  (*See id.*)  Moreover, IPCom has never established that the French courts have jurisdiction to issue

16  such an order against Plaintiffs, which are U.S. entities.  These objections will be explained in

17  further detail in an appeal of the French Order that is being initiated in France.

18    The French Order is imposed with substantial monetary fines for non-compliance.

19  Specifically, the French Order imposes a "200,000 euros per offence detected and per day of delay

20  from the date of issue of this order."  (*Id.*)  In view of this, and without waiving the service and

21  jurisdiction objections referred to above, or any other rights or defenses, Plaintiffs hereby file this

22  partial withdrawal notice pursuant to the French Order.  Plaintiffs hereby partially withdraw their

23  Motion for Anti-Suit Injunction (Dkt. 40) **only** insofar as it requested that the Court enjoin IPCom

24  from pursuing legal proceedings before the French courts with respect to alleged acts of

25  infringement of the French part of European Patent No. 1,841,268 B2.

26    Furthermore, and particularly in view of the appeal of the French Order, Plaintiffs reserve

27  all rights to renew or refile the portion of its Motion specific to French proceedings with respect to

28  the French part of European Patent No. 1,841,268 B2.  Accordingly, Plaintiffs request that the

-1-    Case No. 19-cv-01389-EJD

NOTICE OF *PARTIAL* WITHDRAWAL OF PLAINTIFFS' MOTION
FOR ANTI-SUIT INJUNCTION, AND REQUEST FOR SAME

1  Court proceed consistent with Plaintiffs' partial withdrawal, without prejudice to Plaintiffs

2  renewing or refiling the portion of its Motion specific to French proceedings with respect to the

3  French part of European Patent No. 1,841,268 B2, especially in light of the fact that IPCom has

4  already initiated a preliminary injunction action against Lenovo in France, which violates

5  established U.S. policy with respect to licensing SEPs to a willing licensee.

6  　　　　Plaintiffs confirm they are *not* withdrawing their Motion in any other respect.  For example,

7  Plaintiffs *maintain* their request for an order enjoining IPCom from prosecuting its lawsuit in the

8  U.K against Plaintiffs' affiliates.  As another example, Plaintiffs maintain their request for an order

9  enjoining IPCom, during the pendency of this case, from pursuing against Plaintiffs, Plaintiffs'

10  subsidiaries or affiliates, or any of their customers, any *other* action alleging infringement of

11  IPCom's global SEPs—with the exception of the French part of European Patent No. 1,841,268 B2

12  in France only.

13  　　　　The surviving aspects of Plaintiffs' Motion remain vital to the fair and effective

14  administration of justice in this case, wherein Plaintiffs have asked this Court to: (1) confirm that

15  Plaintiffs are entitled to a FRAND license to the SEPs owned and/or otherwise licensed by IPCom;

16  (2) confirm that the terms and conditions being demanded by IPCom for a license to its SEPs are

17  not FRAND; and (3) otherwise establish and impose the FRAND terms and conditions for such a

18  license, to which Plaintiffs and their worldwide affiliates will be bound.  Absent relief from the

19  Court as to the surviving aspects of Plaintiffs' Motion, Plaintiffs remain deeply concerned that

20  IPCom will continue to pursue injunctions and piecemeal litigation against Plaintiffs, Plaintiffs'

21  subsidiaries or affiliates, or any of their customers.  As IPCom has already demonstrated, if not

22  enjoined, it is likely to pursue such proceedings in a manner inconsistent with U.S. policy to force

23  Lenovo to capitulate to non-FRAND terms under threat of injunction.  These pursuits would  also

24  be designed to subvert this Court's ability to effectuate an objective and neutral global FRAND

25  resolution of the parties' dispute.

26

27

28

SMRH:4817-1059-9084

NOTICE OF *PARTIAL* WITHDRAWAL OF PLAINTIFFS' MOTION
FOR ANTI-SUIT INJUNCTION, AND REQUEST FOR SAME

1    Dated: November 8, 2019          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

2                                     By      /s/ Martin R. Bader
                                             MARTIN R. BADER
3                                            MATTHEW W. HOLDER
                                             LAI YIP
4                                            TENAYA RODEWALD
                                             MICHAEL K. HEINS
5                                            MICHAEL J. HOPKINS

6
7                                     *Attorneys for Plaintiffs Lenovo (United States) Inc. and
                                      Motorola Mobility, LLC*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4817-1059-9084                    NOTICE OF *PARTIAL* WITHDRAWAL OF PLAINTIFFS' MOTION
                                       FOR ANTI-SUIT INJUNCTION, AND REQUEST FOR SAME