[Counsel for filing parties listed on signature pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENOVO (UNITED STATES) INC. and MOTOROLA MOBILITY, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>IPCOM GMBH & CO., KG,<br><br>*Defendant.* | **Case No. 19-cv-01389-EJD-VKD**<br><br>**JOINT STATUS REPORT ON THE STATUS OF JURISDICTIONAL DISCOVERY** |

1  Pursuant to the Court's Order of February 14, 2020 (Dkt. 80), plaintiffs Lenovo
2  (United States) Inc. and Motorola Mobility, LLC ("Plaintiffs") and defendant IPCom
3  GmbH & Co., KG ("IPCom" or "Defendant," and together with Plaintiffs, the "parties"),
4  hereby submit the following brief, non-argumentative status report describing the status of
5  jurisdictional discovery.

**1. The February 11, 2020 Discovery Hearing and Orders**

On February 11, 2020, the Court (Judge DeMarchi presiding) held a hearing on the parties' discovery disputes concerning Plaintiffs' proposed document requests for personal jurisdiction discovery and IPCom's proposed interrogatory to Plaintiffs.  The Court denied IPCom's proposed interrogatory to Plaintiffs.  (Dkt. 79.)  The Court issued an Order providing guidelines regarding the permissible scope of discovery and required the parties to confer further regarding Plaintiffs' document requests.  (Dkt. 80.)  The Court stated that its Order was without prejudice to the parties submitting another joint discovery dispute letter after they complied with the Court's directions concerning meeting and conferring about the document requests.  The Court instructed the parties to provide an update on the status of discovery by February 28, 2020.

**2. Subsequent Developments**

On February 25, 2020, Plaintiffs sent IPCom revised document requests pursuant to the Court's February 14, 2020 order.  The parties are continuing to confer regarding the personal jurisdiction document requests in light of the Court's guidance, and will provide another update by March 13, 2020, at the latest.

IPCom agreed to begin a rolling production of documents responsive to those requests to which it had agreed to respond.  To date, Plaintiffs have made two productions of documents, of 134 pages.

///
///
///
///

Respectfully submitted,

Dated:  February 28, 2020         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        */s/ Tenaya Rodewald*
　　Martin R. Bader (SBN 222865)
　　mbader@sheppardmullin.com
　　Matthew W. Holder (SBN 217619)
　　mholder@sheppardmullin.com
　　Michael Heins, *pro hac vice pending*
　　mheins@sheppardmullin.com
　　**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
　　12275 El Camino Real, Suite 200
　　San Diego, California 92130
　　Telephone: (858) 720-8900
　　Facsimile: (858) 509-3691

　　Lai L. Yip (SBN 258029)
　　lyip@sheppardmullin.com
　　Tenaya Rodewald (SBN 248563)
　　trodewald@sheppardmullin.com
　　**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
　　Four Embarcadero Center, 17th Floor
　　San Francisco, California 94111
　　Telephone: 415.434.9100
　　Facsimile: 415.434.3947

　　*Counsel for Plaintiffs*
　　　　LENOVO (UNITED STATES) INC. and
　　　　　MOTOROLA MOBILITY, LLC

///
///
///
///
///
///
///
///
///

Dated: February 28, 2020

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

By  */s/ Philip C. Ducker*

Stephen J. Akerley (Bar No. 160757)
Philip C. Ducker (Bar No. 262644)
Adrian Kwan (Bar No. 300032)
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone:   (415) 432-6000
Facsimile:    (415) 432-6001
SJAkerley@mintz.com
PCDucker@mintz.com
AKwan@mintz.com

*Attorneys for Defendant*
IPCOM GMBH & CO. KG

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Tenaya Rodewald, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of February, 2020, at Palo Alto, California.

*/s/ Tenaya Rodewald*
Tenaya Rodewald