UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LENOVO (UNITED STATES) INC., et al.,<br>Plaintiffs,<br>v.<br>IPCOM GMBH & CO., KG,<br>Defendant. | Case No. 19-cv-01389-EJD (VKD)<br><br>**STATUS REPORT ORDER** |

The parties filed a joint status report on February 28, 2020 advising the Court of the status of their jurisdictional discovery efforts. Dkt. No. 83. Consistent with the representations in their report, the parties shall provide a further joint status report no later than **March 13, 2020**.

**IT IS SO ORDERED.**

Dated: March 2, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge