UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LENOVO (UNITED STATES) INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>IPCOM GMBH & CO., KG,<br><br>Defendant. | Case No. 19-cv-01389-EJD   (VKD)<br><br>**ORDER RE SUBMISSION OF DISCOVERY DISPUTES** |

The parties advise that they have at least six disputes concerning eight categories of documents that plaintiffs seek from defendant. Dkt. No. 89. They propose submitting a single joint discovery letter brief addressing the remaining disputes, organized by dispute. They agree they need more than the 1,500 words each permitted in the undersigned's Standing Order for Civil Cases to explain their disputes to the Court, but cannot agree on how many more words would be sufficient.

The parties may organize their submission however they wish. If the disputes are related and narrower than the parties' original discovery dispute submission (Dkt. No. 75), the Court is skeptical that the parties truly need to exceed the 1,500-word limit for their respective statements of their positions. However, to accommodate the parties, and with a view toward expediting the completion of jurisdictional discovery, the Court will permit each side 3,000 words for their statements of their positions. The Court encourages the parties to include all remaining issues concerning plaintiffs' jurisdictional discovery of defendant in their next discovery dispute submission, but only after they have seriously conferred in an effort to reach agreement without the Court's assistance.

**IT IS SO ORDERED.**

Dated: March 30, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge